> **Motion GRANTED. Change of Plea Hearing set for 3/31/14 at 10:00 a.m.**
>
> /s/ Judge Trauger

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:13-00062 |
| | ) | JUDGE TRAUGER |
| KEVIN KOLB | ) | |

## DEFENDANT KEVIN KOLB'S MOTION TO SET HEARING FOR A CHANGE OF PLEA

Comes now the defendant, Kevin Kolb, by and through undersigned counsel, and hereby moves this Honorable Court to set a hearing for the purpose of changing the plea. The defendant requests this hearing be set for 1:00 p.m. on Thursday, March 27, 2014. If this date/time is unavailable, please set for Monday, March 24 at 10:00 a.m., or any time on Tuesday, March 25 with the exception of 10:00-11:00 a.m.

Respectfully submitted,

s/ Travis Hawkins
Travis Hawkins, #17395
THE HAWKINS LAW FIRM, PLLC
Attorney for Kevin Kolb
120 Old Liberty Pike, Franklin, TN 37064
615- 599-1010

### Certificate of Service

I certify that a copy of the above instrument was served by delivering the same by via the court's electronic filing system to:

Ms. Carrie Daughtery, Esq
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203

This 21st day of March 2014.

s/Travis Hawkins