IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:13-00062 |
| | ) | **JUDGE TRAUGER** |
| KEVIN KOLB | ) | |

==Motion GRANTED. Hearing reset for 8/13/14 at 9:30 a.m.==

## MOTION TO CONTINUE SENTENCING HEARING

Comes the defendant Kevin Kolb by and through counsel and hereby moves the Court to continue the sentencing hearing in this case which is currently set for June 23, 2014 at 10:30 a.m.

As grounds, Mr. Kolb would show that counsel for the parties are exploring treatment and sentencing alternatives for Mr. Kolb, who faces a mandatory minimum sentence of 15 years and an advisory guidelines sentence of 150 years. The parties may be able to reach an agreement as to sentencing, saving the Court considerable time in sentencing this defendant. The government has no objection to a continuance on these grounds.

Undersigned counsel, AUSA Carrie Daughtery and defendant's psychiatric expert Dr. Brad Freeman all have availability on the following days:

Aug. 11 (all day)
Aug. 12 (all day)
Aug. 13 (all day)
Aug. 25 (all day).