UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,       )
                                )
    v.                          )    NO. 3:13-cr-00062
                                )    JUDGE TRAUGER
KEVIN S. KOLB                   )
                                )

*Motion GRANTED. Hearing reset for 9/17/14 at 9:00 a.m.*

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests a short continuance of the sentencing hearing in this matter, which is set Wednesday, August 13, 2014, at 9:30 a.m.

On Tuesday of this week, the undersigned received from defense counsel a twenty page expert report, which was included as an exhibit to defendant's twenty page sentencing memorandum filed yesterday afternoon. The government plans to meet and consult with an expert about this report as well as some of the issues raised in the defendant's sentencing memorandum. The government also requests additional time to respond to defendant's lengthy memorandum. It is possible that the undersigned could complete the government's filing (without conferring with an expert) by Monday afternoon or Tuesday morning, but this likely would be insufficient time for the Court and the defense to review the government's memorandum and response. Wherefore, the government requests a continuance for approximately two weeks, at the convenience of the Court.

1