Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **No. 3:13-cr-00062** |
| | ) | **Judge Trauger** |
| **KEVIN S. KOLB** | ) | |

## MOTION OF THE UNITED STATES FOR
## ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE

COMES NOW the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure and moves for the issuance of a Preliminary Order of Forfeiture upon acceptance by the District Court of the Defendant Kevin S. Kolb's plea of guilty as to Counts 1, 2, 4, 8, and 9 in the above-styled matter.

A memorandum of law and facts in support of this Motion is filed contemporaneously herewith. Additionally, a proposed Preliminary Order of Forfeiture is attached hereto for the court's convenience.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: deb.phillips@usdoj.gov